UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

BRIAN PORTERA,

                            Plaintiff,

      -versus-                                                  **05 CV 9985 (KMK)(JCF)**

THE CITY OF NEW YORK, et al.

                            Defendants.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James Mirro hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
          January 20, 2006

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the City of New York
                                          *For Defendant The City of New York*


                                    By: _____/s/_____
                                            James Mirro (JM 2265)
                                            Special Assistant Corporation Counsel
                                            Special Federal Litigation
                                            100 Church Street, Room 3-137
                                            New York, New York 10007
                                            212.788.8026 (ph)
                                            212.788.9776 (fax)

cc:  All Parties (by ECF)