AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Brian Portera
v.
City of New York, et. al.

Case Number: 05-CV-9985(KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

October 3, 2006
Date

*Signature*

Rachel M. Kleinman — 2141
Print Name — Bar Number

99 Park Avenue Suite 1600
Address

New York   NY   10016
City   State   Zip Code

(212) 490-0400   (212) 557-0565
Phone Number   Fax Number