2127883824        NYC Law 3 135 Environ                                                                    2/2



**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

January 31, 2007

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/07
```

Re:   *Portera v. The City of New York, et al.*,
      USDC SDNY 05 CV 9985 (KMK)(JCF)

Dear Judge Francis:

      I write to request an enlargement of time in the schedule of this case. The current Case Management Order provides that all depositions of fact witnesses shall have been noticed by February 1, 2007. To date, the parties have exchanged written requests for discovery including interrogatories and document requests. Defendants have produced a large volume of documents and numerous consolidated witnesses for deposition. Approximately 33 additional defense witnesses have been noticed and scheduled for deposition in the consolidated cases in the coming months. In addition, plaintiff and defendants have exchanged preliminary lists of deponents for this case. In light of the numerous depositions already scheduled, defendants request that the Court grant a 4-month extension on the remaining deadlines in the CMO in this case. I have consulted with plaintiff's counsel, Rachel Kleinman, who has kindly consented to this request. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

cc:   Rachel Kleinman (by fax)

*[Handwritten endorsement, 2/1/07:]* Application denied. Counsel may, however, agree to alter interim dates provided the final deadline for submission of dispositive motions is not altered.

SO ORDERED.
James C. Francis IV
USMJ