UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BRIAN PORTERA,

                              Plaintiff,                      NOTICE OF MOTION TO
                                                                     FILE A FIRST AMENDED
                                                                     COMPLAINT
    -against-

                                                                     05-CV-9985 (KMK) (JCF)

THE CITY OF NEW YORK, a municipal entity, et al.,    ECF Case

                              Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that plaintiff moves before the Honorable Magistrate Judge James C. Francis, IV of this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting plaintiff leave to file a First Amended Complaint adding: (1) multiple defendants who have been identified in discovery as responsible in whole and/or in part for the alleged violations of the plaintiff's civil rights; (2) a constitutional challenge to the defendants' admitted policy of fingerprinting all persons arrested in connection with the 2004 Republican National Convention ("RNC") and (3) a constitutional challenge to the alleged policy and/or practice of instituting a system of sworn statements by police officers to attempt to justify unlawful and indiscriminate mass arrests.

      **PLEASE TAKE FURTHER NOTICE**, that in support of the within motion, the plaintiff will rely upon the attached Memorandum of Law in Support of Motion for Leave to File a First Amended Complaint, including the proposed First Amended Complaint and the other exhibits attached thereto.

1

Dated:      New York, New York
               August 27, 2007

                                              _____/s/_____
                                              Jonathan C. Moore (JM 6902)
                                              Rachel M. Kleinman (RK 2141)
                                              BELDOCK LEVINE & HOFFMAN LLP
                                              99 Park Avenue
                                              New York, New York 10016
                                              (212) 490-0400

                                              *Attorneys for Plaintiff*

TO:     MICHAEL CARDOZO
         Corporation Counsel of the
         City of New York
         100 Church Street, Room 3-217
         New York, New York 10007
         (212) 442-8242
         BY:    James Mirro

         *Attorneys for Defendants*