UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BRIAN PORTERA,

                                      05-CV-9985 (KMK) (JCF)

              Plaintiff,           ECF Case

      -against-

THE CITY OF NEW YORK, a municipal entity, et al.,

              Defendants.
-----------------------------------------------------------------x

**DECLARATION OF RACHEL KLEINMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

      RACHEL KLEINMAN, an attorney duly admitted to practice in this Court, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.    I am counsel for plaintiff and submit this declaration in support of plaintiff's motion for leave to file first amended complaint.

      2.    The following exhibits, cited in support of plaintiff's motion, are attached hereto:

**Exhibit A**    Proposed First Amended Complaint

**Exhibit B**    Excerpts from August 1, 2007 Deposition of Stephen L. Hammerman

**Exhibit C**    Excerpts from 2007 Deposition of NYPD Officer T. Cai

**Exhibit D**    Defendants' Witness List Revised January 31, 2007 for <u>Dinler v. City of New York</u> and <u>Schiller v. City of New York</u>

Dated:     New York, New York
             August 27, 2007

                                                            Rachel Kleinman (RK 2141)