UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
BRIAN PORTERA,                          : 05 Civ. 9985 (RJS) (JCF)
                                        :
                Plaintiff,              :   O R D E R
                                        :
       - against -                      :
                                        :
THE CITY OF NEW YORK, et al.,           :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

  Defendants having applied for an order compelling plaintiff to appear for a continued deposition, it is hereby ORDERED as follows:

  1. The belated production of medical releases, particularly those for St. Vincent's Hospital where plaintiff was taken while in custody, justifies a continued deposition.

  2. Plaintiff shall be made available for a continued deposition of no more than two hours, limited to issues arising out of the recently obtained medical records. The deposition shall be conducted telephonically.

       SO ORDERED.

       _____
       JAMES C. FRANCIS IV
       UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
    March 21, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

1

Copies mailed this date:

Rachel M. Kleinman, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016

Blair M. Wasserman, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007