UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

BRIAN PORTERA,

                  Plaintiff,

     -against-                            **05 CV 9985 (RJS)(JCF)**

THE CITY OF NEW YORK, *et al.*,

                  Defendants.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

     **PLEASE TAKE NOTICE** that Raju Sundaran hereby appears on behalf of

Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The

City of New York, effective this date.  Please serve a copy of all papers to be served in this

matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
      May 22, 2008

                         MICHAEL A. CARDOZO
                         Corporation Counsel of the City of New York
                         *For Defendant The City of New York*

                         By: _____
                           Raju Sundaran (RS 8011)
                           Assistant Corporation Counsel
                           Special Federal Litigation Division
                           100 Church Street, Room 3-165
                           New York, New York 10007
                           Tel: 212-788-0467
                           Fax: 212-788-9776

cc:  All Parties (by ECF)